# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1431

TEXAS MUTUAL INSURANCE COMPANY,

                Plaintiff-Appellant,

v.

INTEGRATED CLAIMS SYSTEMS, LLC,

                Defendant-Appellee.

Appeal from the United States District Court for the Western District of Texas in case no. 13-CV-0128, Judge Lee Yeakel.

Authorized Abbreviated Caption[2]

TEXAS MUTUAL INSURANCE CO. V INTEGRATED CLAIMS SYSTEMS, 2013-1431

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.