## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

TEXAS MUTUAL INSURANCE COMPANY, §
§
v. § No. 13-1431
§
INTEGRATED CLAIMS SYSTEMS, LLC, §

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Texas Mutual Insurance Company.

The party I represent is the Appellant.

My address and telephone are:

    Name:    P. M. Schenkkan
    Law Firm:    Graves Dougherty Hearon & Moody, PC
    Address:    401 Congress Avenue, Suite 2200
    City, State and Zip:    Austin, Texas 78701
    Telephone:    512-480-5673
    Fax #:    512-480-5873
    E-mail address:    pschenkkan@gdhm.com

I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

Date admitted to Federal Circuit bar: November 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit. (yes or no?) No.

Date: June 13, 2013

Respectfully submitted,

Graves, Dougherty, Hearon & Moody
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 480-5673
(512) 480-5873 (facsimile)


By:   /s/ P. M. Schenkkan
      P. M. Schenkkan
      State Bar No. 17741500
      pschenkkan@gdhm.com

ATTORNEY FOR APPELLANT
TEXAS MUTUAL INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that I served a copy on the following counsel of record on June 13, 2013 by e-mail and U.S. Mail:

James N. Willi
Texas Bar No. 00795719
jwilli@willi.com
Tracy J. Willi
Texas Bar No. 00784633
twilli@willi.com
WILLI LAW FIRM, P.C.
100 Congress Ave., Ste. 1530
Austin, Texas 78701
Tel: 512-288-3200
Fax: 512-288-3202

John F. Ward
jward@wardzinna.com
Michael J. Zinna
mzinna@wardzinna.com
David G. Lindenbaum
dlindenbaum@wardzinna.com
Patrick R. Colsher
pcolsher@wardzinna.com
WARD & ZINNA, LLC
380 Madison Avenue
New York, New York 10017
Tel: 212-697-6262
Fax: 212-972-5866

Attorneys for Defendant-Appellee Integrated Claims Systems, LLC

                                                 /s/ P. M. Schenkkan
                                                  P. M. Schenkkan