# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

TEXAS MUTUAL INSURANCE COMPANY, §
§
v.                              §         No. 13-1431
§
INTEGRATED CLAIMS SYSTEMS, LLC, §

### NOTICE OF INTENT TO FILE A CORRESPONDING BRIEF

Pursuant to Rule 30(e)(1) of the Federal Circuit Rules, Appellant Texas Mutual Insurance Company hereby gives notice of its intent to file a corresponding brief in this appeal. Counsel for the parties have conferred, and Appellee has no objection to Appellant's submission of a corresponding brief.

Date:   June 13, 2013

                Respectfully submitted,

                Graves, Dougherty, Hearon & Moody
                A Professional Corporation
                401 Congress Avenue, Suite 2200
                Austin, Texas 78701
                (512) 480-5673
                (512) 480-5873 (facsimile)

                By:   /s/ P. M. Schenkkan
                        P. M. Schenkkan
                        State Bar No. 17741500
                        pschenkkan@gdhm.com

                ATTORNEY FOR APPELLANT
                TEXAS MUTUAL INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that I served a copy on the following counsel of record on June 13, 2013 by e-mail and U.S. Mail:

James N. Willi
Texas Bar No. 00795719
jwilli@willi.com
Tracy J. Willi
Texas Bar No. 00784633
twilli@willi.com
WILLI LAW FIRM, P.C.
100 Congress Ave., Ste. 1530
Austin, Texas 78701
Tel: 512-288-3200
Fax: 512-288-3202

John F. Ward
jward@wardzinna.com
Michael J. Zinna
mzinna@wardzinna.com
David G. Lindenbaum
dlindenbaum@wardzinna.com
Patrick R. Colsher
pcolsher@wardzinna.com
WARD & ZINNA, LLC
380 Madison Avenue
New York, New York 10017
Tel: 212-697-6262
Fax: 212-972-5866

Attorneys for Defendant-Appellee Integrated Claims Systems, LLC

    /s/ P. M. Schenkkan
    P. M. Schenkkan

1896698.1 6/13/2013

2